UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID NATHANIEL ROBERTS, | Case No. EDCV 19-00445 RSWL (RAO) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RIVERSIDE COUNTY SUPERIOR COURTS, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that the Petition be **DISMISSED** without prejudice, and this action is dismissed.

DATED: 7/18/2019

s/ RONALD S.W. LEW
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE