# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>Petitioner,<br><br>v.<br><br>RIVERSIDE COUNTY SUPERIOR COURTS,<br><br>Respondent. | Case No. EDCV 19-00445 RSWL (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

DATED: 7/18/2019

                                             s/ RONALD S.W. LEW
                                             RONALD S.W. LEW
                                             UNITED STATES DISTRICT JUDGE